CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mary Melton, Esq., SBN 164407
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

AMY CARLSON (SBN: 213294)
acarlson@eralawyers.com
EMPLOYMENT RIGHTS ATTORNEYS, LLP
1500 E. Hamilton Avenue, Suite 118
Campbell, California 95008
Telephone: (408) 796-7551
Facsimile: (408) 796-7386
Attorney for Defendants
Jack N. Mariani, Megan Mariani Lombard
and Donald F. Lombardi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JACK N. MARIANI, in individual and representative capacity as trustee;<br>MEGAN MARIANI LOMBARD;<br>DONALD F. LOMBARDI; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:17-CV-01628-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

RECEIVED

NOV 0 2 2017

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 14, 2017     CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: 10/27/2017     EMPLOYMENT RIGHTS ATTORNEYS, LLP

By: [signature]
Amy Carlson
Attorney for Defendants
Jack N. Mariani, Megan Mariani Lombard and Donald F. Lombardi

2

Joint Stipulation for Dismissal     Case: 5:17-CV-01628-BLF